WILSON P. ABRAHAM CONSTRUC-
TION CORPORATION,
Plaintiff-Appellee,

v.

ARMCO STEEL CORPORATION, The
CECO Corporation, and Laclede Steel
Company, Defendants-Appellants.

No. 79–2007.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 1980.

Raymond J. Salassi, Jr., Lawrence K. Benson, Jr., New Orleans, La., Charles Kadish, New York City, N.Y., for defendants-appellants.

Moise S. Steeg, Jr., New Orleans, La., Stephen D. Susman, Randall W. Wilson, Houston, Tex., for plaintiff-appellee.

Ford J. Dieth, New Orleans, La., James B. Henry, New York City, N.Y., for amicus curiae.

Before COLEMAN, Chief Judge, BROWN, AINSWORTH, GODBOLD, CHARLES CLARK, RONEY, GEE, TJOFLAT, HILL, FAY, RUBIN, VANCE, KRAVITCH, FRANK M. JOHNSON, JR., GARZA, HENDERSON, REAVLEY, POLITZ, HATCHETT, ANDERSON, RANDALL, TATE, SAM D. JOHNSON and THOMAS A. CLARK, Circuit Judges.

BY THE COURT:

IT IS ORDERED by the court that the order entered on October 22, 1979, for a hearing of this case en banc is hereby vacated and the case is remanded to the panel.

Clarence E. JOHNSON,
Plaintiff-Appellant,

v.

BAYLOR COLLEGE OF MEDICINE et
al., Defendants-Appellees.

No. 79–3961
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 4, 1980.

Clementine Hannah, Houston, Tex., for plaintiff-appellant.

Fulbright & Jaworski, A. J. Harper, II, Susan J. Piller, Houston, Tex., for defendants-appellees.

Before GEE, HENDERSON and HATCHETT, Circuit Judges.

PER CURIAM:

The judgment of the court below is AFFIRMED.

The court further concludes that this appeal—contesting only the taxation as costs of a $211 court reporter's fee for taking and transcribing of the losing plaintiff's deposition—is frivolous. Double costs and attorneys' fees are therefore awarded appellees, and the cause is REMANDED for their determination.

AFFIRMED AND REMANDED.